# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DALTON L. DOYLE

VERSUS

DONALD HAGGARD, DEH, LLC,
WILLIAM ALDEN AND SFAS, LLC

NO.   2021 CW 0072

**JANUARY 25, 2021**

---

In Re:   Donald Haggard, DEH, LLC, and SFAS, LLC, applying for
         supervisory writs, 22nd Judicial District Court,
         Parish of St. Tammany, No. 2020-10439.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT NOT CONSIDERED.**   This writ application fails to
include a copy of the judgment, order or ruling complained of,
the pertinent court minutes, and a copy of each pleading on
which the judgment, order or ruling was founded, including the
petition(s), in violation of Uniform Rules of Louisiana Courts
of Appeal, Rule 4-5(C)(6), (8) and (10).

   Moreover, while the writ application failed to include a
copy of the judgment, to the extent the judgment is a judgment
of eviction, as represented by relators, such a judgment is
appealable.   See La. Code Civ. P. art. 4735; **Terrebonne Parish
Port Commission v. Eagle Dry Dock & Marine Repairs, L.L.C.,**
2014-0010, p. 13 (La. App. 1st Cir. 7/7/15), 2015 WL 4094331, at
*7 (unpublished).   Accordingly, the appropriate remedy for
review of a judgment of eviction is by appeal.

   Supplementation of this writ application and/or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

                        **MRT**
                        **EW**
                        **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT